1008

[No. 14277-9-III.   Division Three.   December 26, 1995.]

MELINDA A. CARLSON, *Respondent*, v. THOMAS M. BRUNSWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00284-5, Carolyn A. Brown, J., entered July 28, 1994. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 32144-7-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK B. BARQUET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-01422-1, Richard M. Ishikawa, J., entered January 5, 1993. *Remanded* by unpublished per curiam opinion.

[No. 32198-6-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN M. RADICH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00950-6, Richard J. Thorpe, J., entered January 20, 1993. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 32765-8-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ELADIO H. ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04751-5, Robert H. Alsdorf, J., entered May 14, 1993. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Becker, JJ.